IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DOLORES ANNETTE FORD CATLEDGE, | ) Civil Action Number: 4:21-cv-00881-TER |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

In September 2021, the Commissioner moved for a sixth sentence remand because significant portions of the recording of the 2020 hearing were inaudible. (ECF No. 13). The court granted the motion to remand, and the case was closed. (ECF No. 14). On November 14, 2023, the Commissioner moved for entry of final judgment, reporting that the post-remand proceedings had concluded and the ALJ had instead issued a fully favorable decision in September 2023. (ECF No. 18). Plaintiff's counsel does not object to the entry of final judgment to end the civil action. (ECF No. 18 at 2). Upon consideration of Defendant's Unopposed Motion for Entry of Judgment and the attached fully favorable ALJ decision, it is hereby ordered that Judgment for the Plaintiff is entered pursuant to Fed. R. Civ. Proc. R. 58(b).

IT IS SO ORDERED.

November 15, 2023
Florence, South Carolina

s/ Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge